# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **HOWARD COHAN,** | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 0:22-cv-62308-BLOOM/Valle |
| **PHVIF II – PLANTATION, LLC** a foreign limited liability company d/b/a **HAMPTON INN,** | ) |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff"), and Defendant, PHVIF II – PLANTATION, LLC d/b/a HAMPTON INN ("Defendant"), through their undersigned counsel and pursuant to Local Rule 16.4, S.D. Fla., notify the Court that the parties have reached a settlement of all claims in this matter. Upon finalization of the settlement documents, the parties will file a Joint Stipulation for Dismissal with Prejudice.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 23rd day of January, 2023.

Respectfully submitted,

| | |
|---|---|
| SCONZO LAW OFFICE, P.A.<br>3825 PGA Boulevard, Suite 207<br>Palm Beach Gardens, FL 33410<br>Telephone:  (561) 729-0940<br>Facsimile:   (561) 491-9459 | JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone:  (407) 246-8440<br>Facsimile:   (407) 246-8441 |
| By: */s/ Gregory S. Sconzo*<br>     Gregory S. Sconzo<br>     Florida Bar #: 0105553<br>     greg@sconzolawoffice.com<br><br>     Samantha L. Simpson<br>     Florida Bar No. 1010423<br>     samantha@sconzolawoffice.com<br><br>Attorneys for Plaintiff | By: */s/ Alicia M. Chiu*<br>     Alicia M. Chiu<br>     Florida Bar No. 0058366<br>     alicia.chiu@jacksonlewis.com<br><br>Attorneys for Defendant |

4866-6241-8508, v. 1